UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE RONQUILLO, | 1:08-cv-01591-WMW- (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION |
| v. | |
| J. SUGRUE, | (DOCUMENT #9) |
| Respondent. | |

On March 16, 2009, respondent requested a 35-day extension of time to file his response to petitioner, Juan Ronquill's petition under 28 U.S.C. § 2241. GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent's request for a 35-day extension is granted. The response is now due **April 20, 2009**.

IT IS SO ORDERED.

**Dated:   March 31, 2009**               /s/  **William M. Wunderlich**
                                                           UNITED STATES MAGISTRATE JUDGE